UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LANCESOFT, INC.,

                       Plaintiff,

      -against-

PRIORITY PRIVATE OPCO LLC, *et al.,*

                       Defendants.
------------------------------------------------------------------X

**24 Civ. No. 3887 (JGLC) (GS)**

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on **Tuesday, December 3, 2024 at 10:00 a.m.** The parties are directed to submit a joint status letter no later than **Tuesday, November 26, 2024** advising the court as to the status of this matter. Counsel is directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [268 396 433 467]  Passcode: [Z9BNtN]**

      **SO ORDERED.**

DATED:    New York, New York
              August 27, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge